**Order entered August 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00761-CV

### CITY OF DALLAS, Appellant

### V.

### MADELON COHEN, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08541**

## ORDER

We **REINSTATE** this appeal which was abated for thirty days to allow the parties an opportunity to finalize the terms of a settlement agreement. Stating the parties need additional time to finalize the settlement, appellant has filed a second unopposed motion to abate. We **GRANT** appellant's August 18, 2015 motion, **SUSPEND** the briefing deadlines, and again **ABATE** the appeal. The appeal shall be reinstated September 18, 2015 or upon motion by the parties to reinstate and dismiss or reinstate and reset the briefing deadlines, whichever occurs sooner.

/s/    CRAIG STODDART
        JUSTICE